AKZO SALT, INC., APPELLANT, *v.* ADMR., OHIO BUREAU
OF EMPLOYMENT SERVICES, APPELLEE.

[Cite as *Akzo Salt, Inc. v. Ohio Bur. of Emp.
Serv.* (1996), 75 Ohio St.3d 1223.]

(No. 95–1253—Submitted May 22, 1996—Decided July 3, 1996.)

---

*Willacy & LoPresti, Timothy A. Marcovy, Aubrey B. Willacy* and *M. Scott Young,* for appellant.

*Betty D. Montgomery,* Attorney General, *Betsey Nims Friedman* and *Frank J. Reed, Jr.,* Assistant Attorneys General, for appellee.

---

The appeal is dismissed, *sua sponte,* as having been improvidently allowed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and STRATTON, JJ., concur.

COOK, J., dissents and would reverse the judgment of the court of appeals.